EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Julio M. Rodríguez Isalgue | 2010 TSPR 58 <br><br> 178 DPR \_\_\_\_ |

Número del Caso: TS-3398

Fecha: 16 de abril de 2010

Abogado de la Parte Peticionaria:

Por derecho propio

Materia: Reinstalación al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Julio M. Rodríguez Isalgue          TS-3398

RESOLUCIÓN

San Juan, Puerto Rico, a 16 de abril de 2010.

Examinada la *Moción Solicitando Reinstalación al Ejercicio de la Profesión*, se reinstala al Lcdo. Julio M. Rodríguez Isalgue al ejercicio de la abogacía y se le apercibe de que en el futuro deberá cumplir con las órdenes de este Tribunal.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo